1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   CURTIS HARDY,                              1:13-cv-02022-SAB (HC)

12              Petitioner,

13        v.                                    ORDER TRANSFERRING CASE TO THE
                                                UNITED STATES DISTRICT COURT FOR
14   S. SHERMAN,                                THE CENTRAL DISTRICT OF CALIFORNIA

15              Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

18   28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

19   § 1915.

20        The federal venue statute requires that a civil action, other than one based on diversity

21   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

22   defendants reside in the same state, (2) a judicial district in which a substantial part of the events

23   or omissions giving rise to the claim occurred, or a substantial part of the property that is the

24   subject of the action is situated, or  (3) a judicial district in which any defendant may be found, if

25   there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

26        In this case, the petitioner is challenging a conviction from San Bernardino County, which

27   is in the Central District of California.  Therefore, the petition should have been filed in the

28   United States District Court for the Central District of California.  In the interest of justice, a

1

1   federal court may transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. §

2   1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

3          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

4   States District Court for the Central District of California.

5

6   IT IS SO ORDERED.

7   Dated:    **December 12, 2013**      _____
                                          UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2